UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

09 APR -6 PM 12: 17

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| WYATT ARMS, INC. d/b/a Wyatt's Sporting Goods, an Indiana Corporation | ) ) ) | |
| Plaintiff/Petitioner, | ) ) | Cause No. |
| vs. | ) ) ) | **1:09-cv-0422 LJM-JMS** |
| ERIC HOLDER, JR., Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. | ) ) ) ) ) ) ) | |
| Defendants/Respondents. | ) | |

## COMPLAINT/PETITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff/Complainant/Petitioner, Wyatt's Arms, Inc., d/b/a Wyatt's Sporting Goods, an Indiana corporation, who respectfully represents:

## PARTIES

1. Complainant/Petitioner, Wyatt Arms, Inc., d/b/a Wyatt's Sporting Goods, (sometimes hereinafter referred to as "Wyatt"), is an Indiana corporation, duly authorized and doing business in the State of Indiana. Wyatt's principal place of business is in the Southern District of the State of Indiana.

2. Made defendants/respondents herein are Eric Holder, Jr., Attorney General of the United States, the United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

## JURISDICTION AND VENUE

3. This complaint/petition is brought pursuant to Section 923(f)(3) of Chapter 44, Title 18, U.S.C., for judicial review of the Final Notice of Denial of Application or Revocation of Firearms License, (a copy of which is attached and made a part hereof as **Exhibit "1"**) with the U.S. District Court for the district in which complainant/petitioner resides or has its principal place of business.

4. This complaint/petition is timing filed within sixty (60) days of the receipt of the Final Notice of Denial of Application or Revocation of Firearms License by Wyatt from defendants/respondents.

## FACTUAL BACKGROUND

5. Wyatt has operated as a federal firearms licensee under license number 4-35-057-01-8H-37562, since July 30, 1996, with a physical address of 40 East Buckeye Street, Cicero, Hamilton County, Indiana 46034.

6. This federal firearms license allows Wyatt to engage in commerce and business as a dealer (including pawnbroker) in firearms other than destructive devices.

7. By written notice dated February 25, 2009, the Attorney General by Marcia L. Lambert, Director of Industry Operations, Columbus Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, signed and issued a Final Notice of Revocation, whereby License Number 4-35-057-01-8H-37562 was immediately revoked.

8. Title 18, U.S.C. Section 923 (f)(3), provides,

> If after a hearing held under paragraph (2) the Attorney General decides not to reverse his decision to deny an application or revoke a license, the Attorney General shall give notice of his decision to the aggrieved party. The aggrieved party may at any time within sixty days after the date notice was given under this paragraph file a petition with the United States district court for the district in

which he resides or has his principal place of business for a de novo judicial review of such denial or revocation. In a proceeding conducted under this subsection, the court may consider any evidence submitted by the parties to the proceeding whether or not such evidence was considered at the hearing held under paragraph (2). If the court decides that the Attorney General was not authorized to deny the application or to revoke the license, the court shall order the Attorney General to take such action as may be necessary to comply with the judgment of the court.

9. Wyatt seeks judicial review by this Honorable Court of the immediate revocation of the firearms license by the Attorney General. The findings and conclusions of the Attorney General as set forth in the Final Notice of Revocation do not support the immediate revocation of the license and are not supported by the evidence.

10. The decision of the Attorney General is unwarranted, and Wyatt respectfully requests that this Honorable Court review the firearms license revocation under the procedures and standards provided in Title 18, U.S.C. Section 923.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Wyatt Arms, Inc., d/b/a Wyatt's Sporting Goods, an Indiana corporation, respectfully prays that this Honorable Court grant its complaint/petition and enter an order, containing:

a) a determination that the defendants/respondents, Eric Holder, Jr., Attorney General of the United States, the United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives were not authorized in the immediate revocation of Wyatt's federal firearms license;

b) a direction that the Attorney General take such action as necessary to comply with the Court's order and judgment including extending Wyatt's firearms license or reinstating Wyatt's firearms license, and

c) an award of any additional or alternative relief, which the Court deems appropriate and just.

All this the 6th day of April, 2009.

Respectfully submitted,

**AYCOCK LAW OFFICE, P.C.**

By: _s/ Thomas A. Aycock_

Thomas A. Aycock
Attorney No. 25469-34
23 South 8th Street, Suite 2400
Noblesville, Indiana 46060
Phone: 317-774-0096
Facsimile: 317-219-0551
Email: aycocklawoffice@gmail.com

*Attorney for Complainant/Petitioner.*

Exhibits – One (1).

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT:**

Honorable Eric H. Holder, Jr.
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Public and Governmental Affairs
99 New York Ave. NE
Washington, DC 20226

cc: Mr. Timothy M. Morrison
United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204