UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WYATT ARMS, INC. d/b/a Wyatt's Sporting Goods, an Indiana Corporation | ) ) ) | |
| Plaintiff/Petitioner, | ) ) | Case No. 1:09-cv-0422-LJM-JMS |
| vs. | ) ) | |
| ERIC HOLDER, JR., Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) ) | |
| Defendants/Respondents. | ) | |

**DEFENDANTS/RESPONDENTS' MOTION FOR SUMMARY JUDGMENT**

Defendants/Respondents respectfully request that this Court grant summary judgment pursuant to Rule 56(c) in favor of Defendants/Respondents. In support of this motion, the Defendants/Respondents state as follows:

1. On the undisputed facts, Plaintiff/Petitioner cannot prevail as a matter of law in its petition for de novo review of the administrative revocation of its Federal firearms license.

2. In support of this motion, Defendants/Respondents incorporate their Memorandum in Support of Motion for Summary Judgment, and the following exhibits and attachments, which comprise the Administrative Record. The Administrative Record is filed contemporaneously with this Motion by separate Notice:

  Attachment 1, Certificate of Administrative Record

  Attachment 2, Administrative Record A (Transcript of Dec. 4, 2008

    Administrative Hearing, including Government Exhibits 1 - 34

    introduced at the Hearing).

Attachment 3, Administrative Record B (Hearing Officer's Report and Recommendation to the Director of Industry Operations)

Attachment 4, Administrative Record C (Final Notice of Denial of Application or Revocation of Firearms License)

Attachment 5, Administrative Record D (Audio Recording of Dec. 4, 2008, Administrative Hearing)

Attachment 6, Administrative Record E (Letter of Mar. 16, 2009, from Thomas Aycock to the Director of Industry Operations)

Attachment 7, Administrative Record F (Letter of Mar. 23, 2009, from the Director of Industry Operations to Thomas Aycock)

WHEREFORE, Defendants/Respondents respectfully request that this Court grant summary judgment in favor of Defendants/Respondents and all other relief that is just and proper.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By:   /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2009, I electronically filed the

**DEFENDANTS/RESPONDENTS' MOTION FOR SUMMARY JUDGMENT** with the

Clerk of the Court using the ECF system which will send notification of such filing to the

following:

Thomas A. Aycock, Esq.
Aycock Law Office, P.C.
Attorney No. 25469-34
23 South 8th Street, Suite 2400
Noblesville, Indiana 46060
Phone:  317-774-0096
Facsimile:  317-219-0551
Email:  Aycocklawoffice@gmail.com

                /s/ William McCoskey
                William McCoskey
                Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street
Indianapolis, IN 46204-3048