UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WYATT ARMS, INC. d/b/a Wyatt's Sporting Goods, an Indiana corporation, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:09-CV-0422-LJM-JMS |
| | ) ) | |
| ERIC HOLDER, JR., Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

## MOTION TO SEAL DOCUMENT (DOCKET #13)

Comes now the Defendant, by Timothy M. Morrison, United States Attorney

Southern District of Indiana, and William L. McCoskey, Assistant United States Attorney,

Southern District of Indiana and hereby respectfully moves to seal Docket #13.  In support of

this request, Defendant states:

1.      On July 14, 2009, Defendant filed Defendants/Respondents' Notice of filing of

Administrative Record.  The Administrative Record included voluminous attachments, some of

which contained personal identifiers.

2.      On July 16, 2009, Defendant was notified via e-mail notice from the Court that

there were Rule 5.2 violations within the Administrative Record because several of the

attachments to the administrative record contained social security numbers and birth-dates.

3.      It is impractical to redact the voluminous record, and sealing this docket item is

the most efficient method to protect personal information and comply with Rule 5.2.

WHEREFORE, the undersigned respectfully requests that Docket #13 be sealed.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By:   /s/ WILLIAM L. MCCOSKEY
William L. McCoskey
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2009, I electronically filed the foregoing

**MOTION TO SEAL DOCUMENT (DOCKET #13)** with the Clerk of the Court using the

CM/ECF system which sent notification of such filing to the following:

Thomas A. Aycock
aycocklawoffice@gmail.com

and I hereby certify that I have mailed by United States Postal Service the document to

the following non CM/ECF participants:

NONE.

/s/ *Thomas E. Kieper*

Thomas E. Kieper
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333