UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WYATT ARMS, INC. d/b/a Wyatt's Sporting Goods, an Indiana Corporation | ) ) ) | |
| Plaintiff/Petitioner, | ) ) | Case No. 1:09-cv-0422-LJM-JMS |
| vs. | ) ) ) | |
| ERIC HOLDER, JR., Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. | ) ) ) ) ) ) | |
| Defendants/Respondents. | ) | |

## MOTION TO DISMISS

**NOW INTO COURT,** the Plaintiff/Petitioner, Wyatt Arms, Inc., by counsel, Thomas A. Aycock, who hereby respectfully moves the Court to dismiss this case **with prejudice.**  In support of this request, the Plaintiff/Petitioner states as follows:

1. Upon recent consultation with counsel, the Plaintiff/Petitioner does not desire to continue this case due to confidential and personal business reasons.

**WHEREFORE,** the Plaintiff/Petitioner, Wyatt Arms, Inc., by counsel, respectfully requests the Court to dismiss this case **with prejudice.**

      Respectfully submitted,

      **AYCOCK LAW OFFICE, P.C.**

      By:  */s/ Thomas A. Aycock*
           Thomas A. Aycock
           Attorney No. 25469-34
           23 South 8th Street, Suite 2400
           Noblesville, Indiana 46060
           Phone: 317-774-0096

Email: aycocklawoffice@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 22, 2009, a copy of the foregoing **MOTION TO DISMISS** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

William L. McCoskey, AUSA
Office of the United States Attorney
Southern District of Indiana
10 West Market Street
Indianapolis, IN 46204-3048
William.mccoskey@usdoj.gov

                                          By: */s/ Thomas A. Aycock*
                                                Thomas A. Aycock
                                                Attorney No. 25469-34